IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 5:23-cr-20-KDB |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| JESSE CALVIN WILLIAMSON, JR., | ) | |
| a/k/a "Pops" | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

## Background

1. The defendant, **JESSE CALVIN WILLIAMSON, JR.**, possessed a firearm, one (1) Smith and Wesson, model SD40, .40 caliber pistol and one (1) Glock, model 48, 9mm pistol, in and affecting commerce on or about October 18, 2022, in Iredell County, within the Western District of North Carolina.

2. Prior to October 18, 2022, **JESSE CALVIN WILLIAMSON, JR.**, had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and had, in fact been punished by imprisonment exceeding one year.

(Remainder of the page left intentionally blank)

3. **JESSE CALVIN WILLIAMSON, JR.**, knew he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year when he knowingly and intentionally possessed the firearm on October 18, 2022.

DENA J. KING
UNITED STATES ATTORNEY

*Cassye Cole*

Cassye Cole
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

*Julia H. Mimms*                                                      DATED: 3/4/2024
Julia G. Mimms, Attorney for Defendant