# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:23-cr-00020-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JESSE CALVIN WILLIAMSON, JR., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

Defendant in this action submitted a Motion [Doc. 40] which has undergone a screening review. It appears that Defendant seeks relief under 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 40] shall be treated as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

The Clerk is respectfully instructed to issue the Order of Instructions in this matter.

**IT IS SO ORDERED**.
Signed: May 21, 2025

Kenneth D. Bell
United States District Judge